**21CA-CC00102 - LYNDA S DANIEL V CR ENGLAND, INC. ET AL (E-CASE)**

| Case Header FV | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**

Click here to Respond to Selected Documents

Sort Date Entries: ○ Descending ● Ascending

Display Options: All Entries

---

**05/05/2021**  ☐ **Judge Assigned**

☐ **Pet Filed in Circuit Ct**
Petition for Damages.
    **Filed By:** CHRISTOPHER EDWARD BENJAMIN

☐ **Confidential Address Filed**
Confidential Case Filing Information Sheet.
    **Filed By:** CHRISTOPHER EDWARD BENJAMIN
    **On Behalf Of:** LYNDA SUE DANIEL

☐ **Filing Info Sheet eFiling**
    **Filed By:** CHRISTOPHER EDWARD BENJAMIN

**05/06/2021**  ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-260, for CR ENGLAND INC.

☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-261, for WADE, MICHELLE.

**05/13/2021**  ☐ **Return Service - Other**
Document ID - 21-SMCC-261; Served To - WADE, MICHELLE; Server - ; Served Date - 13-MAY-21; Served Time - 00:00:00; Service Type - Other; Reason Description - Recalled for Re-Issuance; Service Text - RECALLED. SHOULD HAVE BEEN AN OUT OF STATE SUMMONS

☐ **Summons Issued-Circuit**
Document ID: 21-SMOS-49, for WADE, MICHELLE.

**07/02/2021**  ☐ **Notice of Service**
Non Est Summons.
    **Filed By:** CHRISTOPHER EDWARD BENJAMIN
    **On Behalf Of:** LYNDA SUE DANIEL

☐ **Summons Returned Non-Est**
Document ID - 21-SMOS-49; Served To - WADE, MICHELLE; Server - ; Served Date - 16-JUN-21; Served Time - 11:40:00; Service Type - Sheriff Department; Reason Description - Non-est

**09/21/2021**  ☐ **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** ANDREW JOSEPH TREMONTI
    **On Behalf Of:** LYNDA SUE DANIEL

**09/22/2021**  ☐ **Entry of Appearance Filed**

EXHIBIT A

Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** CHAD CAMERON LUCAS
**On Behalf Of:** LYNDA SUE DANIEL

- [ ] **Amend Pet/Mot to Modfy Filed**

Amended Petition; Electronic Filing Certificate of Service.
**Filed By:** ANDREW JOSEPH TREMONTI
**On Behalf Of:** LYNDA SUE DANIEL

- [ ] **Alias Summons Requested**

Request For Alias Summons; Electronic Filing Certificate of Service.
**Filed By:** ANDREW JOSEPH TREMONTI
**On Behalf Of:** LYNDA SUE DANIEL

- [ ] **Motion Special Process Server**

Motion for Special Process Server; Electronic Filing Certificate of Service.
**Filed By:** ANDREW JOSEPH TREMONTI
**On Behalf Of:** LYNDA SUE DANIEL

- [ ] **Proposed Order Filed**

Proposed Order for Appointment of Special Process Server; Electronic Filing Certificate of Service.
**Filed By:** ANDREW JOSEPH TREMONTI
**On Behalf Of:** LYNDA SUE DANIEL

09/23/2021
- [ ] **Order - Special Process Server**
- [ ] **Alias Summons Issued**

Document ID: 21-SMOS-115, for C.R ENGLAND INC. Summons saved and attached in PDF form for the Attorney to retrieve from Secure Case.net.

- [ ] **Alias Summons Issued**

Document ID: 21-SMOS-116, for WADE, MICHELLE. Summons saved and attached in PDF form for the Attorney to retrieve from Secure Case.net.

10/11/2021
- [ ] **Notice of Service**

Return of Service; Electronic Filing Certificate of Service.
**Filed By:** ANDREW JOSEPH TREMONTI
**On Behalf Of:** LYNDA SUE DANIEL

- [ ] **Family Member/Roommate Served**

Document ID - 21-SMOS-116; Served To - WADE, MICHELLE; Server - ; Served Date - 07-OCT-21; Served Time - 16:59:00; Service Type - Special Process Server; Reason Description - Served; Service Text - Served to A. Ward

10/25/2021
- [ ] **Notice of Service**

Signed Proof of Acceptance; Alias Summons; Electronic Filing Certificate of Service.
**Filed By:** ANDREW JOSEPH TREMONTI
**On Behalf Of:** LYNDA SUE DANIEL

- [ ] **Retn Serv-Reg/Cert Mail Succs**

Document ID - 21-SMOS-115; Served To - C.R ENGLAND INC; Server - ; Served Date - 23-OCT-21; Served Time - 10:52:00; Service Type - Certified Mail; Reason Description - Served; Service Text - Delivered, Front Desk/Reception/Mail Room

Electronically Filed - Cass - May 05, 2021 - 02:14 PM

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI**
**AT HARRISONVILLE**

| | |
|---|---|
| **LYNDA SUE DANIEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **VS.** | ) |
| | ) |
| **C.R. ENGLAND, INC.,** | ) |
| | ) |
| **Serve:** | )  **CASE NO.:** |
| | ) |
| **R/A SECRETARY OF STATE** | ) |
| **600 WEST MAIN** | ) |
| **JEFFERSON CITY, MO 65102** | ) |
| | )  **DIVISION NO.:** |
| | ) |
| **and** | ) |
| | ) |
| **MICHELLE WADE,** | ) |
| | ) |
| **Serve: 216 LINWOOD AVE** | ) |
| **Canton, OH. 44708** | ) |
| | ) |
| **Defendants.** | ) |

**PETITION FOR DAMAGES**

Plaintiff Lynda Sue Daniel, by and through the undersigned counsel, and for her claims for relief against Defendant Michelle Wade ("Defendant Wade") and Defendant C.R. England, Inc. ("Defendant C.R. England"), Plaintiff, by and through the undersigned counsel, states, avers, and alleges as follows:

**THE PARTIES**

1.     At all relevant times, Plaintiff was and is a individual and resident of Garden City, Cass County, Missouri.

2.     At all relevant times, Defendant Wade was and is an individual and resident of Canton, Stark County, Ohio. Upon information and belief, Defendant Wade may be served

with process at 216 Linwood Ave., Canton, Ohio 44708.

3.      At all relevant times, Defendant C.R. England was and is a Utah Corporation that may be served with process via the Office of the Missouri Secretary of State, at 600 West Main Street, Jefferson City, Missouri 65102.

<u>JURISDICTION & VENUE</u>

4.      This Court has personal jurisdiction over Defendants in this matter pursuant to Section 506.500 of the Missouri Revised Statutes.

5.      This Court has subject matter jurisdiction in this matter.

6.      Venue is proper in this Court per Section 508.010.4 of the Missouri Revised Statutes.

<u>FACTS COMMON TO ALL COUNTS</u>

7.      On March 2, 2021, at approximately 9:12 p.m., Plaintiff was operating her vehicle, a 2012 Honda Civic vehicle, northbound on Interstate 49, near the Highway 291 exit.

8.      At said time and place, Defendant Wade was operating a semi-truck ("the Company Truck") for Defendant C.R. England, northbound on Interstate 49, near the Highway 291 exit, next to the vehicle driven by Plaintiff.

9.      At said time and place, the Company Truck struck Plaintiff's vehicle when Defendant swerved into Plaintiff's lane of travel.

**<u>COUNT I – NEGLIGENCE</u>**
**(Against Defendant Wade)**

10.     Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if fully set forth herein.

11.     At all relevant times, Defendant Wade had a duty to use the highest degree of care in operating the Company Truck.

12.     In colliding with Plaintiff's vehicle, as set forth above, Defendant Wade was

Electronically Filed - Cass - May 05, 2021 - 02:14 PM

negligent and breached her duty to use the highest degree of care in one or more of the following respects:

a.  Defendant failed to keep the Company Truck under control;

b.  Defendant operated the Company Truck at a speed that was greater than reasonable under the conditions and hazards then and there existing;

c.  Defendant failed to keep the Company Truck within a proper lane of travel and improperly changed lanes;

d.  Defendant failed to drive within the range of her vision in order to avoid colliding with any other vehicle using the roadway;

e.  Defendant failed to keep a proper lookout for other vehicles and objects in her line of vision in order to avoid colliding with any other vehicle using the roadway;

f.  Defendant knew or by the use of the highest degree of care could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, swerved, slackened speed, sounded a warning, slackened speed and swerved, slackened speed and sounded a warning and/or swerved and sounded a warning, but Defendant failed to do so.

13.  As a direct and proximate result of the collision which was caused by the aforementioned acts and omissions of Defendant Wade, Plaintiff was injured and has incurred and will continue to incur damages, including but not limited to, those arising from:

a.  Past medical and hospital expenses;

b.  Future medical and hospital expenses;

c.  Past lost wages;

d.  Diminished earning capacity;

    e.      Past and future emotional distress;

    f.      Pain and suffering;

    g.      Mental anguish; and

    h.      Past and future loss of enjoyment of life.

14.    All of Plaintiff's injuries, disabilities, infirmities, and damages are painful, and progressive in nature and extent.

15.    As a further direct and proximate result of the collision, which was caused by the aforementioned acts and omissions of Defendant Wade, Plaintiff's motor vehicle sustained damage.

16.    At the time Defendant Wade was operating the Company Truck and caused the collision, she knew, or in the exercise of the highest degree of care should have known, that her conduct was outrageous and created a high degree of probability to injury to others and thereby showed a willful and wanton disregard for the safety of others, including Plaintiff, entitling Plaintiff to an award of punitive damages.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant Wade for money damages in excess of $25,000; for punitive damages; for Plaintiff's costs incurred herein; and for such other and further relief as the Court deems just and proper.

## COUNT II – RESPONDEAT SUPERIOR
### (Plaintiff against Defendant C.R. England)

17.    Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if fully set forth herein.

18.    At all relevant times, including at the time of the aforesaid collision, Defendant Wade was the employee, servant and/or agent of Defendant C.R. England, and was acting within the course and scope of her employment or agency with Defendant C.R. England.

4

19.     The gross, wanton negligence of Defendant Wade, as set forth in Count I, is imputable to Defendant C.R. England, and Defendant C.R. England is therefore vicariously liable for DefendantWade's negligent acts and omissions under the doctrine of *respondeat superior*.

20.     As a direct and proximate result of the collision which was caused by the aforementioned acts and omissions of Defendant Wade, Plaintiff was injured and has incurred and will continue to incur damages, including but not limited to, those arising from:

        a.     Past medical and hospital expenses;

        b.     Future medical, hospital and life care expenses;

        c.     Past lost wages;

        d.     Diminished earning capacity;

        e.     Past and future emotional distress;

        f.     Pain and suffering;

        g.     Mental anguish; and

        h.     Past and future loss of enjoyment of life.

21.     All of Plaintiff's injuries, disabilities, infirmities, and damages are painful and progressive in nature and extent.

22.     As a further direct and proximate result of the collision, which was caused by the aforementioned acts and omissions of Defendant Wade, Plaintiff's motor vehicle sustained damage.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant C.R. England for money damages in excess of $25,000; Plaintiff's costs incurred herein; and, for such other and further relief as the Court deems just and proper.

## COUNT III – NEGLIGENT HIRING/TRAINING/SUPERVISION/RETENTION/ENTRUSTMENT

**(Plaintiff against Defendant C.R. England)**

23.     Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if fully set forth herein.

24.     Defendant Wade was hired and retained by Defendant C.R. England to, at least in part, operate a motor vehicle, including the Company Truck.

25.     Defendant C.R. England had a duty to use reasonable care in hiring an employee who is competent and fit to perform the duties required as an employee.

26.     Defendant C.R. England did not exercise reasonable care in hiring Defendant Wade in that Defendant C.R. England knew or should have known that Defendant Wade was not competent for the position hired and/or Defendant C.R. England had knowledge of Defendant Wade's lack of competence to safely operate a motor vehicle but hired and retained Defendant Wade anyway, therefore breaching its duty to Plaintiff.

27.     Defendant C.R. England knew or should have known that Defendant Wade would be likely to operate a motor vehicle, including the Company Truck, in a negligent manner.

28.     Defendant C.R. England knew or should have known that Defendant Wade was not competent or fit for the duties required of her as an employee.

29.     Defendant C.R. England breached its duty to use reasonable care to select and retain an employee that was competent and fit for the position.

30.     As the employer of Defendant Wade, Defendant C.R. England owed the general public, including Plaintiff, a continuing duty to supervise Defendant Wade and investigate and monitor Wade's ability, fitness, and qualifications to operate the Company Truck on roadways, including Interstate 49.

31.     Defendant C.R. England was negligent, careless, and reckless in at least the following respects:

6

a. In hiring Defendant Wade, an individual who Defendant C.R. England knew or should have known had inadequate training, knowledge, and skill to safely operate the Company Truck;

b. In entrusting the Company Truck to Defendant Wade, an individual who Defendant C.R. England knew or should have known had inadequate training, knowledge, and skill to safely operate the Company Truck;

c. In failing to adequately train, instruct, and supervise Defendant Wade concerning the safe operation of the Company Truck; and

d. In retaining Defendant Wade and allowing her to operate the Company Truck when Defendant C.R. England knew or should have known that Defendant Wade lacked the training, knowledge, and skill to safely operate the Company Truck.

32. As a direct and proximate result of the aforesaid negligence and carelessness of Defendant C.R. England, Plaintiff was injured and has suffered and will continue to suffer damages including, but not limited to, those arising from:

a. Past medical and hospital expenses;

b. Future medical, hospital and life care expenses;

c. Past lost wages;

d. Diminished earning capacity;

e. Past and future emotional distress;

f. Pain and suffering;

g. Mental anguish; and

h. Past and future loss of enjoyment of life.

33. All of Plaintiff's injuries, disabilities, infirmities, and damages are painful and progressive in nature and extent.

34. As a further direct and proximate result of the collision, which was caused by the aforementioned acts and omissions of Defendant Wade, Plaintiff's motor vehicle sustained damage.

WHEREFORE, based on the foregoing, Plaintiff prays for judgment against Defendant C.R. England in excess of $25,000; Plaintiff's costs incurred herein; and, for such other and further relief

7

as the Court deems just and proper.

<u>DEMAND FOR A JURY TRIAL</u>

Plaintiff hereby demands a trial by jury on all counts and claims in this cause of action.

Respectfully submitted,

**KC Road Lawyers LLC**

*/s/ Christopher Benjamin*
Christopher Benjamin   #51985
218 NE Tudor Road
Lee's Summit, MO 64086
Phone: (816) 425-2420
Fax:     (660) 679-6268
E-mail: chris@kcroadlawyers.com

8



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00102 |
| Plaintiff/Petitioner:<br>LYNDA SUE DANIEL | Plaintiff's/Petitioner's Attorney/Address<br>CHRISTOPHER EDWARD BENJAMIN<br>8 N DELAWARE ST<br>PO BOX 45 |
| vs. | BUTLER, MO 64730 |
| Defendant/Respondent:<br> CR ENGLAND INC ET AL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic |
| Nature of Suit:<br>CC Pers Injury-Vehicular | HARRISONVILLE, MO 64701 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  CR ENGLAND INC
 Alias:

**R/A SECRETARY OF STATE**
**600 WEST MAIN**
**JEFFERSON CITY, MO 65102**
*COURT SEAL OF*



**CASS COUNTY**

# COURT ORIGINAL

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*5/6/2021*     */s/ Kim York, Circuit Clerk/clm*
Date          Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
Date            Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-260     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 4:21-cv-00793-BCW   Document 1-1   Filed 11/05/21   Page 11 of 42



**IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00102 |
| Plaintiff/Petitioner:<br>LYNDA SUE DANIEL | Plaintiff's/Petitioner's Attorney/Address<br>CHRISTOPHER EDWARD BENJAMIN<br>8 N DELAWARE ST<br>PO BOX 45 |
| vs. | BUTLER, MO 64730 |
| Defendant/Respondent:<br>CR ENGLAND INC ET AL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic |
| Nature of Suit:<br>CC Pers Injury-Vehicular | HARRISONVILLE, MO 64701 |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **MICHELLE WADE**
    Alias:

**216 LINWOOD AVE**
**CANTON, OH 44708**

**COURT ORIGINAL**

*COURT SEAL OF*



*CASS COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____5/6/2021_____          */s/ Kim York, Circuit Clerk/clm*
          Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server                        Signature of Sheriff or Server
    **Must be sworn before a notary public if not served by an authorized officer:**

          Subscribed and sworn to before me on _____ (date).

*(Seal)*

          My commission expires: _____          _____
                                                  Date                        Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00102 |
|---|---|
| Plaintiff/Petitioner:<br>LYNDA SUE DANIEL | Plaintiff's/Petitioner's Attorney/Address:<br>CHRISTOPHER EDWARD BENJAMIN<br>8 N DELAWARE ST<br>PO BOX 45<br>BUTLER, MO  64730 |
| vs. | |
| Defendant/Respondent:<br>CR ENGLAND INC ET AL | Court Address:<br>Cass County Justice Center |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 2501 West Mechanic<br>HARRISONVILLE, MO  64701 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **MICHELLE WADE**
Alias:

216 LINWOOD AVE
CANTON, OH  44708

**COURT ORIGINAL**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CASS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

5/13/2021
Date

*/s/ Kim York, Circuit Clerk/clm*
Clerk

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

---

**Service Fees**
Summons $_____
Non Est $_____
Mileage $_____ (_____ miles @ $ _____ per mile)
**Total** $_____

**See the following page for directions to officer making return on service of summons.**

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) For Court Use Only: Document ID# 21-SMOS-49      2 of 2      (21CA-CC00102)      Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:21-cv-00795-BCW   Document 1-1   Filed 11/05/21   Page 14 of 42

Electronically Filed - Cass - July 02, 2021 - 08:27 AM

# GEORGE T. MAIER
### Stark County Sheriff
### AFFIDAVIT OF SERVICE

**Court Services Division**
**115 Central Plaza, North**
**Canton, Ohio 44702**
**Phone: (330) 451-7425**
**Fax: (330) 451-7050**

State Of Ohio
      SS:
Stark County

Deputy Chad Carruthers, Being first duly sworn, says that he is a duly appointed, qualified and acting Deputy Sheriff of Stark County, Ohio; and that on June 16th, 2021 at 1140 AM he was unable to serve a true and certified copy of OUT OF STATE FIRST , person or business attempted to serve: MICHELLE WADE,

in CASE NO. 21CA-CC00102

    CASE TITLE LYNDA SUE DANIEL
           VS.
           CR ENGLAND INC;

due to the following: STATES SHE IS A TRUCKER AND DOES NOT LIVE AT THAT ADDRESS ANYMORE-DOES NOT HAVE A HOME ADDRESS-DIRECTED HER TO CALL YOUR COURT SYSTEM

                    GEORGE T. MAIER, SHERIFF

                By: Chad Carruthers

                    Deputy Sheriff, Stark County, Ohio

State of Ohio
      SS:
Stark County

Sheriff's Fees:  $40.00  TOTAL

Subscribed and sworn to before me this 16th day of June, 2021.

                Taylor R. Hennebert, Deputy Clerk
                Notary Public, State of Ohio
                My Commission Expires: Oct. 16, 2023

I, LYNN M. TODARO, Clerk of Court of Common Pleas, Stark County, Ohio, the same being a Court of Record, having a Seal, DO HEREBY CERTIFY THAT TAYLOR R. HENNEBERT, WHOSE NAME IS SUBSCRIBED TO THE DEPOSITION OR CERTIFICATE of the proof of acknowledgement of the annexed instrument, and thereon written, was, at the time of taking such depositions or proof and acknowledgement a NOTARY PUBLIC in and for the State of Ohio, duly sworn, Commissioned and authorized by the Laws of Ohio, to take depositions and administer Oaths to be used in any Ohio Court or other Court of Record and for general purposes, also to take acknowledgements, proofs of Deeds, Conveyances for Land, Tenements or Hereditaments in the State of Ohio. Further, I am well acquainted with the handwriting of such NOTARY PUBLIC, and verily believe that the signature to said Deposition or Certificate or proof of acknowledgement is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand affix the Seal of the Court of Common Pleas of Stark County, Ohio this 16th day of June, 2021.

                Lynn M. Todaro, CLERK OF COURTS

      BY:_____
                Deputy Clerk of Courts



*Return*

# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

Electronically Filed - Cass - July 02, 2021 - 08:27 AM

| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00102 |
|---|---|
| Plaintiff/Petitioner:<br>LYNDA SUE DANIEL | Plaintiff's/Petitioner's Attorney/Address:<br>CHRISTOPHER EDWARD BENJAMIN<br>8 N DELAWARE ST<br>PO BOX 45<br>BUTLER, MO 64730 |
| vs. | |
| Defendant/Respondent:<br>CR ENGLAND INC ET AL | Court Address:<br>Cass County Justice Center |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 2501 West Mechanic<br>HARRISONVILLE, MO 64701 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** MICHELLE WADE
Alias:

**216 LINWOOD AVE**
**CANTON, OH 44708**

# COURT ORIGINAL

**COURT SEAL OF**

*COURT SEAL*

**CASS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

————— 5/13/2021 —————
Date

*/s/ Kim York, Circuit Clerk/clm*
Clerk

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| Total | $_____ |

**See the following page for directions to officer making return on return of summons.**

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 21-SMOS-49     1 of 2     (21CA-CC00102)     Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:21-cv-00795-BCW   Document 1-1   Filed 11/05/21   Page 16 of 42

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

**IN THE  17TH JUDICIAL CIRCUIT  COURT,      CASS COUNTY      , MISSOURI**

Lynda Daniel

       Plaintiff,

                 vs.

Cr England Inc Et Al

       Defendant.

Case Number:  21CA-CC00102

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Lynda Sue Daniel, Plaintiff, in the above-styled cause.

/s/ Andrew J. Tremonti
Andrew Joseph Tremonti
Mo Bar Number: 72171
Attorney for Plaintiff
4700 Belleview Ave, Ste. 300
Kansas City, MO 64112
Phone Number: (816) 799-0330
andrew@kuhlmanlucas.com

### Certificate of Service

I hereby certify that on      September 21st, 2021     , a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Andrew J. Tremonti
Andrew Joseph Tremonti

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE**

LYNDA DANIEL                              )
                                          )
       Plaintiff,                      )
                                          )
vs.                                       )         Case No. 21CA-CC00102
                                          )
C.R. ENGLAND, INC.,                       )         JURY TRIAL DEMANDED
Serve Registered Agent:                   )
Corporation Service Company               )
15 West South Temple, Suite 600           )
Salt Lake City, Utah 84101                )
                                          )
and                                       )
                                          )
MICHELLE N. WADE                          )
Serve: 216 Linwood Avenue                 )
      Canton, Ohio 44708                  )
                                          )
       Defendants.                     )

**ENTRY OF APPEARANCE**

COMES NOW attorney Chad C. Lucas of the law firm of Kuhlman & Lucas, LLC, and hereby enters his appearance as counsel of record for Plaintiff Lynda Daniel, in the above-captioned matter.

Dated: September 21, 2021

                                      Respectfully submitted,

                    By:   /s/ *Chad C. Lucas*
                       Chad C. Lucas      #50822
                       Andrew J. Tremonti   #72171
                       4700 Belleview Ave., Suite 300
                       Kansas City, Missouri 64112
                       Telephone: (816) 799-0330
                       Facsimile: (816) 799-0336
                       chad@kuhlmanlucas.com
                       andrew@kuhlmanlucas.com

Christopher Benjamin     #69079
KC ROAD LAWYERS
218 NE Tudor Road
Lee's Summit, Missouri 64086
Telephone: (816) 425-2420
Facsimile: (660) 679-6268
chris@kcroadlawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, the above and foregoing was filed using the Court's electronic filing system.

/s/ Chad C. Lucas

Chad C. Lucas

## IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
## AT HARRISONVILLE

| | | |
|---|---|---|
| LYNDA DANIEL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21CA-CC00102 |
| | ) | |
| C.R. ENGLAND, INC., | ) | JURY TRIAL DEMANDED |
| Serve Registered Agent: | ) | |
| Corporation Service Company | ) | |
| 15 West South Temple, Suite 600 | ) | |
| Salt Lake City, Utah 84101 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICHELLE N. WADE | ) | |
| Serve: 216 Linwood Avenue | ) | |
| Canton, Ohio 44708 | ) | |
| | ) | |
| Defendants. | ) | |

### FIRST AMENDED PETITION FOR DAMAGES

Plaintiff Lynda Daniel, pursuant to Mo. Sup. Ct. R. 55.33(a), for her First Amended Petition against Defendants C.R. England, Inc., and Michelle Wade, states and alleges as follows:

### PARTIES, VENUE AND JURISDICTION

1.     Plaintiff Lynda Daniel is a citizen and resident of the State of Missouri, residing at 613 E. Redwood Street, Springfield, Missouri 65807.

2.     Defendant C.R. England, Inc., ("C.R. England"), is incorporated under the laws of the State of Utah with its principal place of business in the State of Utah.

3.     Defendant Michelle Wade ("Wade"), is a citizen and resident of the State of Ohio, residing at 216 Linwood Avenue, Canton Ohio 44708.

4.     This Court has personal jurisdiction over Defendants C.R. England and Wade (collectively, "Defendants"), pursuant to Mo. Rev. Stat. § 506.210 and § 506.500(1), (3), in that

Plaintiff's cause of action arises from Defendants' operation of a tractor-trailer on a public highway and tortious acts within the State of Missouri.

5.    This Court has further personal jurisdiction over Defendants because of Defendants' systematic, continuous and substantial connections with the State of Missouri, as they utilize Missouri's roads and highways to transact business and derive revenue. Therefore Defendants have purposefully availed themselves of the privilege of conducting business in the State of Missouri and should reasonable anticipate being haled into court in Missouri.

6.    Because Defendants use Missouri's roads and highways to transact business and derive revenue, sufficient minimum contacts exist between Defendants and Missouri such that the exercise of personal jurisdiction over Defendants does not offend traditional notions of fair play and substantial justice.

7.    Venue is proper in this Court pursuant to Mo. Rev. Stat. § 508.010 because Plaintiff Daniel was injured in Cass County, Missouri by the wrongful acts and/or negligent conduct of the Defendants described herein.

8.    This Court has subject matter jurisdiction over this matter pursuant to Mo. Rev. Stat. § 478.070 and Mo. Const. Art. V § 14.

## THE INCIDENT

9.    On March 2, 2021, at approximately 9:12 p.m., Plaintiff was driving her 2012 Honda Civic ("Honda"), northbound in the outer lane on Interstate 49 in Cass County, Missouri.

10.   At all times relevant, Plaintiff was properly using her seatbelt.

11.   At approximately the same time and place, Defendant Wade was driving a 2019 freight tractor-trailer (VIN 3AKJHHDR0KSJX1429) ("tractor-trailer"), northbound in the inner-lane on Interstate 49 in Cass County, Missouri.

2

12.     At approximately the same time and place, Defendant Wade crossed lanes and struck the rear driver's side of Plaintiff's Honda (the "Collision").

13.     The Collision caused Plaintiff's Honda to travel off of the Interstate, striking rocks in the median before striking the guard rail before coming to rest in the median.

14.     As a direct and proximate result of the negligent acts and/or omissions of the Defendants described herein, Plaintiff was transported by ambulance to Research Medical Center in Kansas City, Missouri, where she received medical treatment.

15.     As a direct and proximate result of the acts and/or omissions of the Defendants described herein, Plaintiff has been caused to suffered severe personal injuries.

16.     As a direct and proximate result of the acts and/or omissions of the Defendants described herein, Plaintiff has been caused to incur substantial medical care and treatment expenses to obtain the necessary care and treatment for her injuries, and will be required to incur further expenses for additional care and treatment in the future.

17.     As a direct and proximate result of the negligent acts and/or omissions of the Defendants described herein, Plaintiff has suffered damages for the pain, suffering, emotional distress, mental anguish and loss of enjoyment of life, lost wages, and all other damages allowed under Missouri law.

### COUNT I
### NEGLIGENCE
### DEFENDANT WADE

18.     Plaintiff incorporates by reference each and every allegation set forth in paragraphs 1 through 17 as if fully set forth herein.

19.     Defendant Wade owed Plaintiff and all other vehicle operators she encountered on the road a duty to operate the tractor-trailer he was driving with the highest degree of care.

3

20.     Defendant Wade failed to exercise the applicable degree of care and was thereby negligent and/or reckless in his operation and control of the tractor-trailer in one or more of the following respects:

a.     Failing to keep a careful lookout;

b.     Failing to keep the tractor-trailer under control;

c.     Failing to sound a warning;

d.     Failing to slow down;

e.     Failing to apply the brake in a timely manner;

f.     Failing to keep the tractor-trailer within a proper lane of travel;

g.     Failing to keep track and/or plan hours of service such that she was required to stop and/or park;

h.     Failing to swerve out of the way of the Honda;

i.     Failing to stop, swerve or slow after she knew, or by the use of the highest degree of care could have known, that there was a reasonable likelihood of a collision;

j.     Travelling too fast for the conditions;

k.     Traveling over the speed limit;

l.     Making an improper lane change towards the Honda;

m.     Negligently causing the tractor-trailer to swerve towards the Honda;

n.     Failing to drive within the range of her vision to avoid a collision;

o.     Failing to keep a proper lookout for other vehicles and objects in her line of vision to avoid a collision; and/or

p.     In other respects revealed through discovery in this case.

21.     As a direct and proximate result of the above-described negligence of Defendant Wade, the tractor-trailer struck Plaintiff's Honda.

22.     As a direct and proximate result of the negligent acts and/or omisssions described above, Plaintiff was severely injured and has sustained the damages described above.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant Wade on Count I of her Petition for Damages, that the Court award Plaintiff a fair and reasonable amount to adequately compensate her for all her damages, prejudgment interest, interest on the judgment, costs of this action and such other and further relief as this Court deems just and proper.

### COUNT II
### VICARIOUS/*RESPONDEAT SUPERIOR* LIABILITY
### DEFENDANT C.R. ENGLAND

23.     Plaintiff incorporates by reference each and every allegation set forth in paragraphs 1 through 22 as if fully set forth herein.

24.     The tractor-trailer Defendant Wade had been operating near the time of the subject crash was owned by and/or leased to the Defendant C.R. England.

25.     At all times relevant herein, Defendant Wade was an agent, servant and/or employee of the Defendant C.R. Engalnd.

26.     At all times relevant herein, Defendant Wade was acting within the scope and course of her agency, servitude and/or employment with Defendant C.R. England.

27.     As Defendant Wade's principals, masters and/or employers, Defendant C.R. England is vicariously liable for the injuries to Plaintiff and all damages sustained by Plaintiff as a result of Defendant Wade's negligence as described herein.

WHEREFORE, Plaintiff respectfully request that this Court enter judgment against the Defendant C.R. England on Count II of her Petition for Damages, that the Court award Plaintiff a fair and reasonable amount to adequately compensate her for all her damages, prejudgment interest, interest on the judgment, costs of this action and such other and further relief as this Court deems just and proper.

**COUNT IV**
**NEGLIGENCE**
**<u>DEFENDANT C.R. ENGLAND</u>**

28. Plaintiff incorporates by reference each and every allegation set forth in paragraphs 1 through 27 as if fully set forth herein.

29. At all times relevant, including at the time of the Collision, Defendant C.R. England maintained control over the work performed by Defendant Wad as its agent, employee and servant, and had a special relationship with Defendant Wade.

30. Defendant Wade was hired and retained by Defendant C.R. England to, at least in part, operate a motor vehicle, including the tractor-trailer.

31. Defendant C.R. England had a duty to use reasonable care in hiring an employee who is competent and fit to perform the duties required.

32. Defendant C.R. Engalnd was independently negligent, careless and/or reckless in one or more of the following respects:

a. In hiring Defendant Wade and/or entrusting the tractor-trailer to Defendant Wade, an individual it knew or should have known had inadequate experience, training, knowledge, judgment and/or skill to safely operate and/or control the tractor-trailer;

b. In entrusting the tractor-trailer to Defendant Wade, an individual who it knew or should have known had exhibited a pattern of negligence, incompetence, poor

6

judgment and/or recklessness in the operation of commercial motor vehicles, including the subject tractor-trailer;

c.    In failing to adequately train, instruct and/or supervise Defendant Waide concerning the safe operation of the subject tractor-trailer;

d.    In failing to adequately train, instruct and/or supervise Defendant Wade concerning driver fatigue and/or hours of service requirements and regulations; and/or

e.    In other acts and/or omissions identified during discovery.

33.    As a direct and proximate result of the above-described negligence of Defendant C.R. England, Plaintiff was severly injured and has sustained the damages described above.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against the Defendant C.R. England on Count III of her Petition for Damages, that the Court award Plaintiff a fair and reasonable amount to adequately compensate her for all her damages, prejudgment interest, interest on the judgment, costs of this action and such other and further relief as this Court deems just and proper.

Respectfully submitted,

By:    */s/ Andrew J. Tremonti*
    Chad C. Lucas    # 50822
    Andrew J. Tremonti  # 72171
    Kuhlman & Lucas, LLC
    4700 Belleview Avenue, Suite 300
    Kansas City, Missouri 64112
    Telephone: (816) 799-0330
    Facsimile: (816) 799-0336
    chad@kuhlmanlucas.com
    andrew@kuhlmanlucas.com

    and

    Christopher Benjamin    #69079
    KC ROAD LAWYERS

218 NE Tudor Road
Lee's Summit, Missouri 64086
Telephone: (816) 425-2420
Facsimile: (660) 679-6268
chris@kcroadlawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, the above and foregoing Plaintiff's First Amended Petition was filed using the Court's electronic filing system.

/s/ Andrew J. Tremonti
Andrew J. Tremonti

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE**

LYNDA DANIEL                                    )
                                               )
        Plaintiff,                           )
                                               )
vs.                                            )    Case No. 21CA-CC00102
                                               )
C.R. ENGLAND, INC.,                            )    JURY TRIAL DEMANDED
Serve Registered Agent:                        )
Corporation Service Company                    )
15 West South Temple, Suite 600                )
Salt Lake City, Utah 84101                     )
                                               )
and                                            )
                                               )
MICHELLE N. WADE                               )
Serve: 216 Linwood Avenue                      )
      Canton, Ohio 44708                  )
                                               )
        Defendants.                      )

## REQUEST FOR ALIAS SUMMONS

Plaintiff Lynda Daniel, by and through the undersigned counsel, requests an alias summons for Defendants C.R. England, Inc., and Michelle N. Wade. In support of this request, Plaintiff states:

1. On May 5, 2021, Plaintiff filed her Petition in this Court.

2. On May 6, 2021, summons was issued to Defendant C.R. England, Inc.

3. On May 13, 2021, an out of state summons was issued for Defendant Michelle N. Wade.

4. On July 2, 2021, summons was returned non-est for Defendant Michelle N. Wade.

5. The summons issued for Defendant C.R. England, Inc., listed service upon the Missouri Secretary of State. However, C.R. England, Inc., was administratively dissolved as a foreign business entity on September 8, 2011.

1

6.       Defendant C.R. England, Inc., can be served via its registered agent Corporation Service Company at 15 West South Temple, Suite 600, Salt Lake City, Utah, 84101.

7.       As of the time of filing this Request, neither defendant has been served.

8.       On September 22, 2021, Plaintiff filed her First Amended Petition for Damages.

9.       Plaintiff therefore respectfully requests that this Court issue an alias summons for Defendants C.R. England, Inc., and Michelle N. Wade.

Respectfully submitted,

By:     /s/ *Andrew J. Tremonti*
       Chad C. Lucas       # 50822
       Andrew J. Tremonti   # 72171
       Kuhlman & Lucas, LLC
       4700 Belleview Avenue, Suite 300
       Kansas City, Missouri 64112
       Telephone: (816) 799-0330
       Facsimile: (816) 799-0336
       chad@kuhlmanlucas.com
       andrew@kuhlmanlucas.com

       and

       Christopher Benjamin       #69079
       KC ROAD LAWYERS
       218 NE Tudor Road
       Lee's Summit, Missouri 64086
       Telephone: (816) 425-2420
       Facsimile: (660) 679-6268
       chris@kcroadlawyers.com

       *Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 22, 2021, the above and foregoing was filed using the Court's electronic filing system.

/s/ Andrew J. Tremonti
Andrew J. Tremonti

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE**

LYNDA DANIEL                               )
                                          )
                    Plaintiff,             )
                                          )
vs.                                        )        Case No. 21CA-CC00102
                                          )
C.R. ENGLAND, INC.,                        )        JURY TRIAL DEMANDED
Serve Registered Agent:                    )
Corporation Service Company                )
15 West South Temple, Suite 600            )
Salt Lake City, Utah 84101                 )
                                          )
and                                        )
                                          )
MICHELLE N. WADE                           )
Serve: 216 Linwood Avenue                  )
        Canton, Ohio 44708                 )
                                          )
                    Defendants.            )

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Plaintiff Lynda Daniel, hereby moves for the appointment of Matthew Greminger and

Justin Greminger of Simply Serve America as private process servers in the above-captioned

matter.

Respectfully submitted,

By:     /s/ *Andrew J. Tremonti*
        Chad C. Lucas          # 50822
        Andrew J. Tremonti   # 72171
        Kuhlman & Lucas, LLC
        4700 Belleview Avenue, Suite 300
        Kansas City, Missouri 64112
        Telephone: (816) 799-0330
        Facsimile: (816) 799-0336
        chad@kuhlmanlucas.com
        andrew@kuhlmanlucas.com

        and

Christopher Benjamin      #69079
KC ROAD LAWYERS
218 NE Tudor Road
Lee's Summit, Missouri 64086
Telephone: (816) 425-2420
Facsimile: (660) 679-6268
chris@kcroadlawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2021, the above and foregoing was filed using the Court's electronic filing system.

                                    /s/ Andrew J. Tremonti
                                      Andrew J. Tremonti

Electronically Filed - Cass - September 22, 2021 - 01:44 PM

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI**
**AT HARRISONVILLE**

| | | |
|---|---|---|
| LYNDA DANIEL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21CA-CC00102 |
| | ) | |
| C.R. ENGLAND, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| and | ) | |
| | ) | |
| MICHELLE N. WADE | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER

It is hereby ordered that Plaintiff's Motion for Appointment of Special Process Server is sustained and the named individuals in the Motion are hereby appointed to serve process in the above-captioned matter.

_____          _____
DATE                                                                Judge or Circuit Clerk

**IN THE CIRCUIT COURT OF CASS COUNTY, MISSOURI
AT HARRISONVILLE**

LYNDA DANIEL                )

            )

       Plaintiff,         )

            )

vs.                         )      Case No. 21CA-CC00102

            )

C.R. ENGLAND, INC.,       )      JURY TRIAL DEMANDED

            )

and                  )

            )

MICHELLE N. WADE       )

            )

       Defendants.      )

**FILED
Cass County
Circuit Court
9/23/2021, 01:36 PM**

**ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

It is hereby ordered that Plaintiff's Motion for Appointment of Special Process Server is sustained and the named individuals in the Motion are hereby appointed to serve process in the above-captioned matter.

SEPTEMBER 23, 2021
DATE

**/s/ Kim York, Circuit Clerk/ls**

Judge or Circuit Clerk



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00102 |
| Plaintiff/Petitioner:<br>LYNDA SUE DANIEL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW J. TREMONTI<br>4700 BELLEVIEW AVE., SUITE 300<br>KANSAS CITY, MO. 64112 |
| Defendant/Respondent:<br>C.R ENGLAND INC | Court Address:<br>Cass County Justice Center |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 2501 West Mechanic<br>HARRISONVILLE, MO 64701          (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   C.R ENGLAND INC

**SERVE REGISTERED AGENT**
**CORPORATION SERVICE COMPANY**
**15 WEST SOUTH TEMPLE, STE 600**
**SALT LAKE CITY, UT 84101**

*COURT SEAL OF*

*CASS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| SEPTEMBER 23, 2021 | /s/ Kim York, Circuit Clerk/ls |
|---|---|
| Date | Clerk |

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address).

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**
Summons        $_____
Non Est        $_____
Mileage        $_____ (_____ miles @ $ _____ per mile)
**Total**      $_____

**See the following page for directions to officer making return on service of summons.**

Case 4:21-cv-00793-BCW   Document 1-1   Filed 11/05/21   Page 36 of 42

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) For Court Use Only: Document ID# 21-SMOS-115    2 of 2    (21CA-CC00102)    Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:21-cv-00795-BCW   Document 1-1   Filed 11/05/21   Page 37 of 42



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number:  21CA-CC00102 |
| Plaintiff/Petitioner:<br>LYNDA SUE DANIEL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW J. TREMONTI<br>4700 BELLEVIEW AVE. SUITE 300<br>KANSAS CITY, MISSOURI 64112 |
| Defendant/Respondent:<br>C.R ENGLAND INC | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO  64701 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| | |
|---|---|
| **The State of Missouri to:**  MICHELLE WADE<br>Alias:<br><br>**216 LINWOOD AVE<br>CANTON, OH  44708**<br><br>*COURT SEAL OF*<br><br>*CASS COUNTY* | You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action. |

| | |
|---|---|
| <u>SEPTEMBER 23, 2021</u><br>Date<br>Further Information: | /s/ Kim York, Circuit Clerk/ls<br>Clerk |

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
    - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    - ☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)
- ☐ the clerk of the court of which affiant is an officer.
- ☐ the judge of the court of which affiant is an officer.
- ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) For Court Use Only: Document ID# 21-SMOS-116      1 of  2      (21CA-CC00102)      Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Case 4:21-cv-00793-BCW   Document 1-1   Filed 11/05/21   Page 38 of 42

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Case 4:21-cv-00795-BCW   Document 1-1   Filed 11/05/21   Page 39 of 42



# IN THE 17TH JUDICIAL CIRCUIT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00102 |
| Plaintiff/Petitioner:<br>LYNDA SUE DANIEL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANDREW J. TREMONTI<br>4700 BELLEVIEW AVE. SUITE 300<br>KANSAS CITY, MISSOURI 64112 |
| Defendant/Respondent:<br>C.R ENGLAND INC | Court Address:<br>Cass County Justice Center |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 2501 West Mechanic<br>HARRISONVILLE, MO 64701                (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| | |
|---|---|
| The State of Missouri to: | **MICHELLE WADE**<br>Alias: |

**216 LINWOOD AVE<br>CANTON, OH 44708**

**COURT SEAL OF**

*COURT OF MISSOURI CIRCUIT*

**CASS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| SEPTEMBER 23, 2021 | /s/ Kim York, Circuit Clerk/ls |
|---|---|
| Date | Clerk |
| Further Information: | |

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ Process Server _____ of __ Stark __ County, Ohio __ (state).
3. I have served the above summons by: (check one)
   - [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [x] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____ Austin Ward ___, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to
     _____ (name) _____ (title).
   - [ ] other: _____

Served at _____ 216 Linwood Avenue, Canton _____ (address) in _____ Stark _____ County,

__ Ohio __ (state), on _October 7th_ (date) at _4:59 PM_ (time).

| _____ Matthew L. Greminger _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

**Subscribed and sworn to** before me this ___11___ (day) ___October___ (month) ___2021___ (year).

I am: (check one)
- [ ] the clerk of the court of which affiant is an officer.
- [ ] the judge of the court of which affiant is an officer.
- [x] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
- [ ] authorized to administer oaths. (use for court-appointed server)

THOMAS W. FINKUS<br>Notary Public, State of Ohio<br>My Comm. Expires 06/24/2022<br>Recorded in Cuyahoga County

_____ Thomas Finkus , Notary Public _____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

**See the following page for directions to officer making return on service of summons.**

Electronically Filed - Cass - October 11, 2021 - 03:30 PM

# PROOF OF SERVICE

| Case:<br>21CA-CC00102 | Court:<br>17TH JUDICIAL CIRCUIT, CASS<br>COUNTY, MISSOURI | County:<br>Cass County | Job No:<br>PS2031639 |
| --- | --- | --- | --- |

| Plaintiff / Petitioner:<br>LYNDA SUE DANIEL | Defendant / Respondent:<br>MICHELLE WADE; C.R ENGLAND INC |
| --- | --- |
| Received By:<br>Matthew L. Greminger | For:<br>Simply Serve America, LTD |
| To Be Served Upon:<br>MICHELLE N. WADE | |

I, Matthew Greminger, am and was, on the dates herein mentioned, a competent adult, over the age of 18 years old, and not a party to this action or have any direct interest in the related litigation. I declare that, within the boundaries of the state in which service was effected, I was authorized by law to make service of the listed documents and informed said party of the contents herein. I declare, under penalty of perjury, that the information provided herein is an accurate testament of the service I provided.

**Recipient Name / Address:** MICHELLE N. WADE, Home: 216 Linwood Avenue , Canton, Ohio 44708
D: White; Male; 16 Years Old; Brown Hair - DOB 1/18/05

**Manner of Service:** Sub-Service (Personal) - Oct 7, 2021, 04:59 PM

**Documents:** Amended Petition
Summons
Received: Sep 24, 2021 01:34 PM

**Additional Comments:**

Sub-Service (Personal): Oct 7, 2021, 04:59 PM at Home: 216 Linwood Avenue , Canton, Ohio 44708
Service accepted by Austin Ward (Recipient Son) on behalf of the recipient. States that Michelle is his mother and is a trucker who has been on the road for the past few months and thinks she'll be back in town around Thanksgiving. Austin Ward verified that the recipient resides here and agreed to accept documents on his mother's behalf and inform her of them.

Matthew Greminger                    Date    10/11/2021

**Simply Serve America, LTD**
PO Box 21223
Cleveland, OH 44121
1 (877) 561-0363


**UNITED STATES POSTAL SERVICE**

Electronically Filed · Cass · October 25, 2021 · 11:58 AM

October 25, 2021

Dear WALZ GROUP:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0087 6397 53**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 23, 2021, 10:52 a.m. |
| **Location:** | SALT LAKE CITY, UT 84101 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | C R England Inc Serve Registered Agent |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1.0oz |

| Destination Delivery Address | |
| --- | --- |
| **Street Address:** | 15 W SOUTH TEMPLE STE 600 |
| **City, State ZIP Code:** | SALT LAKE CITY, UT 84101-1536 |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *Valerie Kay* |
| Address of Recipient: | *15 West South Temple* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

--------------------------------------------------------------------------------------------------------------

Information in this section provided by Covius Document Services, LLC.

**Reference Number:** Daniel